

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00371-CV

| | | |
|---|---|---|
| CATHY LUNA, INDIVIDUALLY AND D/B/A WINESTYLES; AND FRANK LUNA, INDIVIDUALLY, Appellants | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-293838-17) |
| V. | § | October 8, 2020 |
| JOHN A. PICKEL, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's amended judgment. It is ordered that the amended judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's amended judgment as to Cathy Luna. We reverse the trial court's amended judgment as to Frank Luna and render judgment that John A. Pickel take nothing as to him.

It is further ordered that Cathy Luna shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
      Justice Dabney Bassel